**RICHARDS LAYTON & FINGER**

Jason J. Rawnsley
(302) 651-7550
Rawnsley@rlf.com

September 11, 2020

**VIA CM/ECF**
The Honorable Maryellen Noreika
U.S. District Court, District of Delaware
844 N. King Street
Wilmington, DE 19801-3568

   Re: *The Trading Collective, LLC v. The Mane Choice Hair Solution LLC*,
      C.A. No. 20-0311-MN

Dear Judge Noreika,

  Defendant The Mane Choice will oppose Plaintiff the Trading Collective, LLC's request for leave to file an Amended Complaint. The Mane Choice will respond to Plaintiff's letter on October 9, 2020, pursuant to the Court's Oral Order of September 8, 2020.

  If Your Honor should have any questions, counsel remain available at the Court's convenience.

                Respectfully,

                */s/ Jason J. Rawnsley*

                Jason J. Rawnsley (#5379)

cc:  Counsel of Record (via email)