## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE TRADING COLLECTIVE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE MANE CHOICE HAIR SOLUTION LLC,<br>NATURE GLOW, and LE CHIQUE BOUTIQUE,<br><br>Defendants. | C.A.  No. 20-0311-MN<br><br>JURY TRIAL DEMANDED |

### DEFENDANT THE MANE CHOICE HAIR SOLUTION LLC'S ANSWER TO
### PLAINTIFF THE TRADING COLLECTIVE, LLC'S AMENDED COMPLAINT

Defendant The Mane Choice Hair Solution LLC ("The Mane Choice") hereby answers the Amended Complaint of Plaintiff The Trading Collective, LLC ("Trading Collective" or "Plaintiff") as follows:

### PARTIES[1]

1.     The Mane Choice is without information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 1 of the Complaint and, therefore, denies those allegations.

2.     The Mane Choice admits that it is a Delaware Corporation with its registered agent, the Corporation Trust Company, located at 1209 Orange Street, Wilmington, DE 19801.

3.     The Mane Choice is without information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 3 of the Complaint and, therefore, denies those allegations.

---

[1] For ease of reference, The Mane Choice follows the outline headings used in the Complaint. To the extent that such headings are deemed to make factual allegations, The Mane Choice does not adopt or admit such allegations.

4.      The Mane Choice is without information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 4 of the Complaint and, therefore, denies those allegations.

5.      The Mane Choice is without information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 5 of the Complaint and, therefore, denies those allegations.

6.      The Mane Choice admits the allegations in Paragraph 6 of the Complaint.

7.      The Mane Choice denies the allegations in Paragraph 7 of the Complaint.

### JURISDICTION AND VENUE

8.      Paragraph 8 of the Complaint states a legal conclusion to which no response is required. To the extent a response is required, The Mane Choice admits this Court has subject matter jurisdiction over this action.

9.      Paragraph 9 of the Complaint states a legal conclusion to which no response is required. To the extent a response is required, The Mane Choice admits that it is a Delaware limited liability company and that it is subject to personal jurisdiction in this Court for the purpose of this action. The Mane Choice denies the remaining allegations in Paragraph 9 of the Complaint.

10.     The Mane Choice admits that it has sold products to customers in Delaware and that it maintains a website accessible over the internet.  The remainder of the allegations of Paragraph 10 are characterizations of fact to which no response is required.  To the extent a response is required, The Mane Choice denies the remainder of the allegations of Paragraph 10.

11.     Paragraph 11 of the Complaint states a legal conclusion to which no response is required.  To the extent a response is required, The Mane Choice denies the allegations asserted in Paragraph 11 of the Complaint.

12.     Paragraph 12 of the Complaint states a legal conclusion to which no response is required. To the extent a response is required, The Mane Choice admits that it has a contractual relationship with Amazzia and denies the remainder of the allegations of Paragraph 12.

13.     The Mane Choice is without information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 13 of the Complaint and, therefore, denies those allegations.

14.     The Mane Choice is without information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 14 of the Complaint and, therefore, denies those allegations.

15.     The Mane Choice is without information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 15 of the Complaint and, therefore, denies those allegations.

16.     Paragraph 16 of the Complaint states a legal conclusion to which no response is required. To the extent a response is required, The Mane Choice admits that venue in this District is proper under 28 U.S.C. § 1391(b)(1) for the purpose of this action.  The Mane Choice denies the remaining allegations asserted in Paragraph 16 of the Complaint.

## BACKGROUND FACTS

17.     The Mane Choice admits the allegations in Paragraph 17 of the Complaint.

18.     The Mane Choice admits that it is the registered owner of U.S. Trademark Registration Nos. 4790425 and 4977930.  The Mane Choice states that the remainder of the allegations of Paragraph 18 refer to documents attached to the Complaint that purport to be registration certificates for U.S. Trademark Registration Nos. 4790425 and 4977930, refers to such documents for a complete and accurate statement of their contents, and denies any allegations

inconsistent with their contents.

19.     The Mane Choice is without information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 19 of the Complaint and, therefore, denies those allegations.

20.     The Mane Choice is without information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 20 of the Complaint and, therefore, denies those allegations.

21.     The Mane Choice is without information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 21 of the Complaint and, therefore, denies those allegations.

22.     Paragraph 22 of the Complaint states a legal conclusion to which a response is not required. To the extent a response is required, The Mane Choice denies the allegations contained in Paragraph 22 of the Complaint.

## ONLINE MARKETPLACES

23.     The Mane Choice is without information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 23 of the Complaint and, therefore, denies those allegations.

24.     The Mane Choice is without information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 24 of the Complaint and, therefore, denies those allegations.

25.     The Mane Choice is without information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 25 of the Complaint and, therefore, denies those allegations.

26.     The Mane Choice is without information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 26 of the Complaint and, therefore, denies those allegations.

27.     The Mane Choice is without information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 27 of the Complaint and, therefore, denies those allegations.

28.     The Mane Choice is without information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 28 of the Complaint and, therefore, denies those allegations.

29.     The Mane Choice is without information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 29 of the Complaint and, therefore, denies those allegations.

30.     The Mane Choice is without information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 30 of the Complaint and, therefore, denies those allegations.

31.     The Mane Choice is without information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 31 of the Complaint and, therefore, denies those allegations.

32.     The Mane Choice is without information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 32 of the Complaint and, therefore, denies those allegations.

33.     The Mane Choice is without information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 33 of the Complaint and, therefore, denies those

allegations.

34.     The Mane Choice admits that the allegations of Paragraph 34 purport to reproduce an image of Plaintiff's recent reviews entitled "Market Supplies," refers to the original for a complete and accurate statement of its contents, and denies any allegations inconsistent with its contents.

35.     Paragraph 35 of the Complaint states a legal conclusion to which a response is not required. To the extent a response is required, The Mane Choice denies the allegations in Paragraph 35 of the Complaint.

## DEFENDANTS [*sic*] ATTEMPTS TO STIFLE COMPETITION BY FILING FALSE INTELLECTUAL PROPERTY COMPLAINTS

36.     The Mane Choice denies the allegations in Paragraph 36 of the Complaint.

37.     The Mane Choice admits that Amazzia has responsibility for monitoring on Amazon sales of The Mane Choice products and what purport to be The Mane Choice products.

38.     The Mane Choice is without information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 38 of the Complaint and, therefore, denies those allegations.

39.     Paragraph 39 of the Complaint states a legal conclusion to which a response is not required.

40.     Paragraph 40 of the Complaint states a legal conclusion to which a response is not required.

41.     The Mane Choice is without information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 41 of the Complaint and, therefore, denies those allegations.

42.     As to itself, The Mane Choice denies the allegations in Paragraph 42 of the

Complaint.  As to Defendants other than The Mane Choice, The Mane Choice lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 42.

43.     As to itself, The Mane Choice denies the allegations in Paragraph 43 of the Complaint.  As to Defendants other than The Mane Choice, The Mane Choice lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 43.

44.     As to itself, The Mane Choice denies the allegations in Paragraph 44 of the Complaint.  As to Defendants other than The Mane Choice, The Mane Choice lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 44.

45.     As to itself, The Mane Choice states that Paragraph 45 of the Complaint states a legal conclusion to which no response is required.  As to Defendants other than The Mane Choice, The Mane Choice lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 45.

46.     Paragraph 46 of the Complaint states a legal conclusion to which no response is required.

47.     Paragraph 47 of the Complaint states a legal conclusion to which no response is required.

48.     The Mane Choice is without information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 48 of the Complaint and, therefore, denies those allegations.

49.     The Mane Choice states that the allegations of Paragraph 49 purport to quote from an article entitled "False Infringement Claims are Rife on Amazon," refers to the original of such article for a complete and accurate statement of its contents, and denies any allegations inconsistent with its contents.

50.     As to itself, The Mane Choice denies the allegations in Paragraph 50 of the Complaint.  As to Defendants other than The Mane Choice, The Mane Choice lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 50.

51.     As to itself, The Mane Choice denies the allegations in Paragraph 51 of the Complaint.  As to Defendants other than The Mane Choice, The Mane Choice lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 51.

52.     Paragraph 52 of the Complaint states a legal conclusion to which no response is required.

53.      As to itself, The Mane Choice denies the allegations in Paragraph 53 of the Complaint.  As to Defendants other than The Mane Choice, The Mane Choice lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 53.

54.     As to itself, The Mane Choice denies making allegations and states that the remaining allegations in Paragraph 54 of the Complaint state a legal conclusion to which no response is required.  As to Defendants other than The Mane Choice, The Mane Choice lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 54.

55.     As to itself and as to the alleged complaint submitted to Amazon, The Mane Choice is without information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 55 of the Complaint and, therefore, denies those allegations and states that the remainder of the allegations of Paragraph 55 state a legal conclusion to which no response is required.  As to Defendants other than The Mane Choice, The Mane Choice lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 55.

56.     The Mane Choice states that the allegations of Paragraph 56 purport to quote from

a section of Amazon's website, refers to the original for a complete and accurate statement of its contents, and denies any allegations inconsistent with its contents.

57.     Paragraph 57 does not contain an allegation of fact to which a response is required. To the extent a response is required, The Mane Choice is without information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 57 of the Complaint and, therefore, denies those allegations.

58.     The Mane Choice states that the allegations of Paragraph 58 purport to reproduce a notice from Amazon, refers to the original of such notice for a complete and accurate statement of its contents, denies any allegations inconsistent with its contents, and lacks information or knowledge sufficient to form a belief as to the remainder of the allegations of Paragraph 58.

59.     The Mane Choice states that the allegations of Paragraph 59 refer to a notice from Amazon, refers to the original of such notice for a complete and accurate statement of its contents, and denies any allegations inconsistent with its contents.

60.     The Mane Choice is without information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 60 of the Complaint and, therefore, denies those allegations.

61.     The Mane Choice is without information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 61 of the Complaint and, therefore, denies those allegations.

62.     As to itself, The Mane Choice admits that it has not performed a test purchase, denies filing the referenced report, and denies the remaining allegations of Paragraph 62.  As to Defendants other than The Mane Choice, The Mane Choice lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 62.

63.    As to itself, The Mane Choice admits that it did not have specific knowledge of a particular counterfeit The Mane Choice Product in the marketplace.  As to Defendants other than The Mane Choice, The Mane Choice lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 63.

64.    As to itself, The Mane Choice denies making the referenced allegation and states that the remaining allegations in Paragraph 64 of the Complaint state a legal conclusion to which a response is not required.  As to Defendants other than The Mane Choice, The Mane Choice lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 64.

65.    The Mane Choice is without information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 65 of the Complaint and, therefore, denies those allegations.

66.    The Mane Choice is without information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 66 of the Complaint and, therefore, denies those allegations.

67.    The Mane Choice denies the allegations in Paragraph 67 of the Complaint.

68.    As to itself, The Mane Choice denies filing complaints and is without information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 68 of the Complaint and, therefore, denies those allegations.  As to Defendants other than The Mane Choice, The Mane Choice lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 68.

69.    As to itself, The Mane Choice denies filing complaints and is without information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 69 of the

Complaint and, therefore, denies those allegations.  As to Defendants other than The Mane Choice, The Mane Choice lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 69.

70.    As to itself, The Mane Choice admits that it has not performed a test purchase on products sold by Plaintiff and denies the remainder of the allegations of Paragraph 70 of the Complaint.  As to Defendants other than The Mane Choice, The Mane Choice lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 70.

71.    As to itself, The Mane Choice admits that it did not have specific knowledge of a particular counterfeit The Mane Choice Product in the marketplace.  As to Defendants other than Mane Choice, The Mane Choice lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 71.

72.    As to itself, The Mane Choice denies making the referenced allegations and states that the remainder of the allegations of Paragraph 72 of the Complaint state a legal conclusion to which a response is not required.  As to Defendants other than The Mane Choice, The Mane Choice lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 72.

### DEFENDANTS REFUSED TO RETRACT THEIR FALSE REPORTS

73.    As to itself, The Mane Choice states that the allegations of the first sentence of Paragraph 73 are characterizations of fact to which no response is required, denies making the referenced complaint, admits that it has not retracted any complaint, and denies the remaining allegations of Paragraph 73 of the Complaint.  As to Defendants other than The Mane Choice, The Mane Choice lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 73.

74.     As to itself, The Mane Choice is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 74, and denies that it has not attempted to contact Plaintiff's counsel.  As to Defendants other than The Mane Choice, The Mane Choice lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 74.

75.     As to itself, The Mane Choice is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 75, and denies that it has not attempted to contact Plaintiff's counsel.  As to Defendants other than The Mane Choice, The Mane Choice lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 75.

76.     As to itself, The Mane Choice denies making the referenced allegations, denies making a complaint, admits that it has not retracted any such complaint, and denies the remaining allegations of Paragraph 76.  As to Defendants other than The Mane Choice, The Mane Choice lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 76.

## HARM TO PLAINTIFF

77.     The Mane Choice is without information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 77 of the Complaint and, therefore, denies those allegations.

78.     The Mane Choice is without information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 78 of the Complaint and, therefore, denies those allegations.

79.     As to itself, The Mane Choice denies the allegations in Paragraph 79 of the

Complaint. As to Defendants other than The Mane Choice, The Mane Choice lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 79.

80.    As to itself, The Mane Choice denies the allegations in Paragraph 80 of the Complaint. As to Defendants other than The Mane Choice, The Mane Choice lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 80.

81.    The Mane Choice is without information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 81 of the Complaint and, therefore, denies those allegations.

82.    The Mane Choice is without information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 82 of the Complaint and, therefore, denies those allegations.

83.    As to itself, The Mane Choice denies the allegations of Paragraph 83 of the Complaint. As to Defendants other than The Mane Choice, The Mane Choice lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 83.

84.    As to itself, The Mane Choice denies the allegations of Paragraph 84 of the Complaint. As to Defendants other than The Mane Choice, The Mane Choice lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 84.

85.    As to itself, The Mane Choice denies making a complaint, lacks knowledge or information sufficient to form a belief as to the truth of the allegations regarding Plaintiff's performance metrics, and states that the remaining allegations of Paragraph 85 of the Complaint state a legal conclusion to which a response is not required. As to Defendants other than The Mane Choice, The Mane Choice lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 85.

86.     The Mane Choice is without information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 86 of the Complaint and, therefore, denies those allegations.

87.     The Mane Choice is without information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 87 of the Complaint and, therefore, denies those allegations.

88.     As to itself, The Mane Choice denies making a complaint or review and lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 88 of the Complaint.  As to Defendants other than The Mane Choice, The Mane Choice lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 88.

## COUNT I (DECLARATORY JUDGMENT)

89.     The Mane Choice repeats, realleges, and incorporates by reference its responses to the allegations set forth in the preceding Paragraphs, as if fully set forth herein.

90.     The Mane Choice admits that it manufactures and distributes The Mane Choice Products and states that the remaining allegations of Paragraph 90 of the Complaint state a legal conclusion to which no response is required.

91.     The Mane Choice is without information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 91 of the Complaint and, therefore, denies those allegations.

92.     As to itself, The Mane Choice denies the allegations of Paragraph 92 of the Complaint.  As to Defendants other than The Mane Choice, The Mane Choice lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 92.

93.     As to itself, The Mane Choice is without information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 93 of the Complaint and, therefore, denies those allegations.  As to Defendants other than The Mane Choice, The Mane Choice lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 93.

94.     As to itself, The Mane Choice denies making a complaint and is without information or knowledge sufficient to form a belief as to the truth of the remaining allegations in Paragraph 94 of the Complaint and, therefore, denies those allegations.  As to Defendants other than The Mane Choice, The Mane Choice lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 94.

95.     As to itself, The Mane Choice denies making a complaint and is without information or knowledge sufficient to form a belief as to the truth of the remaining allegations in Paragraph 95 of the Complaint and, therefore, denies those allegations.  As to Defendants other than The Mane Choice, The Mane Choice lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 95.

96.     As to itself, The Mane Choice denies making a complaint and is without information or knowledge sufficient to form a belief as to the truth of the remaining allegations in Paragraph 96 of the Complaint and, therefore, denies those allegations.  As to Defendants other than Mane Choice, The Mane Choice lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 96.

97.     As to itself, The Mane Choice denies making a complaint and is without information or knowledge sufficient to form a belief as to the truth of the remaining allegations in Paragraph 97 of the Complaint and, therefore, denies those allegations.  As to Defendants other

than The Mane Choice, The Mane Choice lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 97.

98.     Paragraph 98 of the Complaint states a legal conclusion to which a response is not required. To the extent a response is required, The Mane Choice admits that there is controversy between The Mane Choice and Trading Collective regarding the facts of this case for the purpose of this action.

99.     Paragraph 99 of the Complaint states a legal conclusion to which a response is not required. To the extent a response is required, The Mane Choice denies that Trading Collective is entitled to any relief whatsoever.

100.     Paragraph 100 of the Complaint states a legal conclusion to which a response is not required. To the extent a response is required, The Mane Choice denies that Trading Collective is entitled to any relief whatsoever.

## COUNT II – FALSE OR MISLEADING REPRESENTATION
## AND UNFAIR COMPETITION UNDER 15 U.S.C. § 1125

101.     The Mane Choice repeats, realleges, and incorporates by reference its responses to the allegations set forth in the preceding Paragraphs, as if fully set forth.

102.     The Mane Choice admits that the Complaint purports to include an action for false or misleading representation of fact and unfair competition under 15 U.S.C. § 1125(a) and denies any remaining allegations in Paragraph 102 of the Complaint.

103.     As to itself, The Mane Choice is without information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 103 of the Complaint and, therefore, denies those allegations.  As to Defendants other than The Mane Choice, The Mane Choice lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 103.

104.    The Mane Choice is without information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 104 of the Complaint and, therefore, denies those allegations.

105.    The Mane Choice is without information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 105 of the Complaint and, therefore, denies those allegations.

106.    Paragraph 106 of the Complaint states a legal conclusion to which a response is not required. To the extent a response is required, The Mane Choice denies the allegations in Paragraph 106 of the Complaint.

107.    As to itself, The Mane Choice denies the allegations in Paragraph 107 of the Complaint. As to Defendants other than The Mane Choice, The Mane Choice lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 107.

108.    Paragraph 108 of the Complaint states a legal conclusion to which a response is not required. To the extent a response is required, The Mane Choice denies the allegations in Paragraph 108 of the Complaint.

109.    Paragraph 109 of the Complaint states a legal conclusion to which a response is not required. To the extent a response is required, The Mane Choice denies the allegations in Paragraph 109 of the Complaint.

110.    Paragraph 110 of the Complaint states a legal conclusion to which a response is not required. To the extent a response is required, The Mane Choice denies the allegations in Paragraph 110 of the Complaint.

111.    Paragraph 111 of the Complaint states a legal conclusion to which a response is not required. To the extent a response is required, The Mane Choice denies the allegations in Paragraph

111 of the Complaint.

112.    Paragraph 112 of the Complaint states a legal conclusion to which a response is not required. To the extent a response is required, The Mane Choice denies the allegations in Paragraph 112 of the Complaint.

113.    Paragraph 113 of the Complaint states a legal conclusion to which a response is not required. To the extent a response is required, The Mane Choice denies the allegations in Paragraph 113 of the Complaint.

114.    Paragraph 114 of the Complaint states a legal conclusion to which a response is not required. To the extent a response is required, The Mane Choice denies the allegations in Paragraph 114 of the Complaint.

115.    Paragraph 115 of the Complaint states a legal conclusion to which a response is not required. To the extent a response is required, The Mane Choice denies the allegations in Paragraph 115 of the Complaint.

116.    Paragraph 116 of the Complaint states a legal conclusion to which a response is not required. To the extent a response is required, The Mane Choice denies that Trading Collective is entitled to any relief whatsoever.

117.    Paragraph 117 of the Complaint states a legal conclusion to which a response is not required. To the extent a response is required, The Mane Choice denies that Trading Collective is entitled to any relief whatsoever.

118.    Paragraph 118 of the Complaint states a legal conclusion to which a response is not required. To the extent a response is required, The Mane Choice denies that Trading Collective is entitled to any relief whatsoever.

## COUNT III – UNFAIR COMPETITION PURSUANT TO
## THE DELAWARE COMMON LAW

119.    The Mane Choice repeats, realleges, and incorporates by reference its responses to the allegations set forth in the preceding Paragraphs, as if fully set herein.

120.    The Mane Choice admits that the Complaint purports to include an action for unfair competition arising under the common law of the State of Delaware.

121.    Paragraph 121 of the Complaint states a legal conclusion to which a response is not required. To the extent a response is required, The Mane Choice denies the allegations in Paragraph 121 of the Complaint.

122.    Paragraph 122 of the Complaint states a legal conclusion to which a response is not required. To the extent a response is required, The Mane Choice denies the allegations in Paragraph 122 of the Complaint.

123.    Paragraph 123 of the Complaint states a legal conclusion to which a response is not required. To the extent a response is required, The Mane Choice denies the allegations in Paragraph 123 of the Complaint.

124.    Paragraph 124 of the Complaint states a legal conclusion to which a response is not required. To the extent a response is required, The Mane Choice denies that Trading Collective is entitled to any relief whatsoever.

125.    Paragraph 125 of the Complaint states a legal conclusion to which a response is not required. To the extent a response is required, The Mane Choice denies that Trading Collective is entitled to any relief whatsoever.

126.    Paragraph 126 of the Complaint states a legal conclusion to which a response is not required. To the extent a response is required, The Mane Choice denies that Trading Collective is entitled to any relief whatsoever.

## COUNT IV – TORTIOUS INTERFERENCE
## WITH CONTRACT AND BUSINESS RELATIONS

127.   The Mane Choice repeats, realleges, and incorporates by reference its responses to the allegations set forth in the preceding Paragraphs, as if fully set forth herein.

128.   The Mane Choice is without information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 128 of the Complaint and, therefore, denies those allegations.

129.   The Mane Choice is without information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 129 of the Complaint and, therefore, denies those allegations.

130.   As to itself, The Mane Choice denies the allegations in Paragraph 130 of the Complaint.  As to Defendants other than The Mane Choice, The Mane Choice lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 130.

131.   As to itself, The Mane Choice denies the allegations in Paragraph 131 of the Complaint.  As to Defendants other than The Mane Choice, The Mane Choice lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 131.

132.    Paragraph 132 of the Complaint states a legal conclusion to which a response is not required. To the extent a response is required, The Mane Choice denies the allegations in Paragraph 132 of the Complaint.

133.   Paragraph 133 of the Complaint states a legal conclusion to which a response is not required. To the extent a response is required, The Mane Choice denies the allegations in Paragraph 133 of the Complaint.

134.   As to itself, The Mane Choice denies the allegations in Paragraph 134 of the Complaint.  As to Defendants other than The Mane Choice, The Mane Choice lacks knowledge or

information sufficient to form a belief as to the truth of the allegations of Paragraph 134.

135.   As to itself, The Mane Choice denies the allegations in Paragraph 135 of the Complaint.  As to Defendants other than The Mane Choice, The Mane Choice lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 135.

136.   As to itself, The Mane Choice denies the allegations in Paragraph 136 of the Complaint.  As to Defendants other than The Mane Choice, The Mane Choice lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 136.

137.   Paragraph 137 of the Complaint states a legal conclusion to which a response is not required. To the extent a response is required, The Mane Choice denies the allegations in Paragraph 137 of the Complaint.

138.   As to itself, The Mane Choice denies making a complaint, admits that it has not withdrawn any complaint, and denies the remaining allegations in Paragraph 138 of the Complaint. As to Defendants other than The Mane Choice, The Mane Choice lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 138.

139.   As to itself, The Mane Choice admits that it has not performed a test purchase on products sold by Plaintiff and denies the remainder of the allegations of Paragraph 139 of the Complaint.  As to Defendants other than The Mane Choice, The Mane Choice lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 139.

140.   As to itself, The Mane Choice denies making any accusation and states that the remaining allegations in Paragraph 140 of the Complaint state a legal conclusion to which a response is not required. To the extent a response is required, The Mane Choice denies the allegations in Paragraph 140 of the Complaint. As to Defendants other than The Mane Choice, The Mane Choice lacks knowledge or information sufficient to form a belief as to the truth of the

allegations of Paragraph 140.

141.    Paragraph 141 of the Complaint states a legal conclusion to which a response is not required. To the extent a response is required, The Mane Choice denies that Trading Collective has been damaged.

142.    Paragraph 142 of the Complaint states a legal conclusion to which a response is not required. To the extent a response is required, The Mane Choice denies that Trading Collective is entitled to any relief whatsoever.

143.    Paragraph 143 of the Complaint states a legal conclusion to which a response is not required. To the extent a response is required, The Mane Choice denies that Trading Collective is entitled to any relief whatsoever.

## COUNT V – DEFAMATION

144.    The Mane Choice repeats, realleges, and incorporates by reference its responses to the allegations set forth in the preceding Paragraphs, as if fully set forth herein.

145.    As to itself, The Mane Choice denies the allegations in Paragraph 145 of the Complaint.  As to Defendants other than The Mane Choice, The Mane Choice lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 145.

146.    The Mane Choice is without information or knowledge sufficient to form a belief as to the truth of the allegations in Paragraph 146 of the Complaint and, therefore, denies those allegations.

147.    Paragraph 147 of the Complaint states a legal conclusion to which a response is not required. To the extent a response is required, The Mane Choice denies the allegations in Paragraph 147 of the Complaint.

148.    Paragraph 148 of the Complaint states a legal conclusion to which a response is not

required. To the extent a response is required, The Mane Choice denies the allegations in Paragraph 148 of the Complaint.

149.    Paragraph 149 of the Complaint states a legal conclusion to which a response is not required. To the extent a response is required, The Mane Choice denies the allegations in Paragraph 149 of the Complaint.

150.    Paragraph 150 of the Complaint states a legal conclusion to which a response is not required. To the extent a response is required, The Mane Choice denies the allegations in Paragraph 150 of the Complaint.

151.    Paragraph 151 of the Complaint states a legal conclusion to which a response is not required. To the extent a response is required, The Mane Choice denies the allegations in Paragraph 151 of the Complaint.

152.    Paragraph 152 of the Complaint states a legal conclusion to which a response is not required. To the extent a response is required, The Mane Choice denies the allegations in Paragraph 152 of the Complaint.

153.    As to itself, The Mane Choice denies publishing statements and states that the remaining allegations in Paragraph 153 of the Complaint state a legal conclusion to which a response is not required.  As to Defendants other than The Mane Choice, The Mane Choice lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 153.

154.    Paragraph 154 of the Complaint states a legal conclusion to which a response is not required. To the extent a response is required, The Mane Choice denies the allegations in Paragraph 154 of the Complaint.

155.    Paragraph 155 of the Complaint states a legal conclusion to which a response is not

required. To the extent a response is required, The Mane Choice denies the allegations in Paragraph 155 of the Complaint.

156.    Paragraph 156 of the Complaint states a legal conclusion to which a response is not required. To the extent a response is required, The Mane Choice denies the allegations in Paragraph 156 of the Complaint.

157.    Paragraph 157 of the Complaint states a legal conclusion to which a response is not required. To the extent a response is required, The Mane Choice denies that Trading Collective is entitled to any relief whatsoever.

158.    Paragraph 158 of the Complaint states a legal conclusion to which a response is not required. To the extent a response is required, The Mane Choice denies that Trading Collective is entitled to any relief whatsoever.

## COUNT VI – TRADE LIBEL

159.    The Mane Choice repeats, realleges, and incorporates by reference its responses to the allegations set forth in the preceding Paragraphs, as if fully set forth herein.

160.    Paragraph 160 of the Complaint states a legal conclusion to which a response is not required. To the extent a response is required, The Mane Choice denies the allegations in Paragraph 160 of the Complaint.

161.    As to itself, The Mane Choice denies the allegations in Paragraph 161 of the Complaint.  As to Defendants other than The Mane Choice, The Mane Choice lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 161.

162.    Paragraph 162 of the Complaint states a legal conclusion to which a response is not required. To the extent a response is required, The Mane Choice denies the allegations in Paragraph 162 of the Complaint.

163.     As to itself, The Mane Choice denies the allegations in Paragraph 163 of the Complaint.  As to Defendants other than The Mane Choice, The Mane Choice lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 163.

164.     As to itself, The Mane Choice denies the allegations in Paragraph 164 of the Complaint.  As to Defendants other than The Mane Choice, The Mane Choice lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 164.

165.     Paragraph 165 of the Complaint states a legal conclusion to which a response is not required. To the extent a response is required, The Mane Choice denies the allegations in Paragraph 165 of the Complaint.

166.     As to itself, The Mane Choice denies making a complaint and lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations of Paragraph 166.  As to Defendants other than The Mane Choice, The Mane Choice lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 166.

167.     Paragraph 167 of the Complaint states a legal conclusion to which a response is not required. To the extent a response is required, The Mane Choice denies that Trading Collective is entitled to any relief whatsoever.

168.     Paragraph 168 of the Complaint states a legal conclusion to which a response is not required. To the extent a response is required, The Mane Choice denies that Trading Collective is entitled to any relief whatsoever.

## ANSWER TO PRAYER FOR RELIEF

Trading Collective's prayer for relief states legal conclusions to which no response is required, but to the extent that a response is required, The Mane Choice denies them and specifically asserts that Trading Collective is not entitled to any relief sought in its prayer for relief against Trading Collective.  Trading Collective's prayer for relief should be denied in its entirety, with prejudice, and Trading Collective should receive nothing.

## DEMAND FOR JURY TRIAL

Trading Collective's demand for a jury trial is a request to which a response is not required.

## AFFIRMATIVE AND OTHER DEFENSES

### FIRST DEFENSE

### (Failure to state a claim upon which relief may granted)

1.      Upon information and belief, Trading Collective's claims fail to state a cause of action upon which relief may be granted.

### SECOND DEFENSE

### (Failure to state a claim upon which relief may granted)

2.      Upon information and belief, Trading Collective failed to plead certain claims with the requisite particularity set forth in Fed. R. Civ. P. 9.

### THIRD DEFENSE

### (Statute of limitations)

3.      To the extent that any given Amazon complaint was filed before March 3, 2018, Trading Collective's claims are barred by the applicable statute of limitations.

## FOURTH DEFENSE

### (Failure to mitigate)

4.       Any damages alleged to have been sustained by Trading Collective were the direct consequence of Trading Collective's own actions or failure to act, or the actions or failure to act of third parties for which The Mane Choice is not liable.

## ADDITIONAL DEFENSES

5.       The Mane Choice reserves all affirmative defenses under Rule 8(c) of the Federal Rules of Civil Procedure, the Trademark Act of the United States, and any other defenses at law or in equity that may now exist or in the future be available based on discovery and further factual investigation in this case.

## PRAYER FOR RELIEF

WHEREFORE, Mane Choice prays for judgment against the Plaintiff as follows:

A.  That Plaintiff's Complaint be dismissed with prejudice and the Plaintiff take nothing;

B.  For entry of judgment in favor of Mane Choice against Plaintiff on Plaintiff's Complaint;

C.  That Plaintiff be required to pay Mane Choice's costs of suit;

D.  That Mane Choice be awarded such other and further relief as the Court may deem just, reasonable, and proper.

Mane Choice reserves the right to amend its Answer and Affirmative and Other Defenses to raise additional defenses as warranted by subsequent investigation and/or analysis.

*/s/ Jason J. Rawnsley*
Rudolf Koch (#4947)
Jason J. Rawnsley (#5379)
Dorronda R. Bordley (#6642)
RICHARDS, LAYTON & FINGER, P.A.
920 North King Street
Wilmington, DE 19801
(302) 651-7700
koch@rlf.com
rawnsley@rlf.com
bordley@rlf.com

*Attorneys for Defendant*
Dated: October 27, 2020                    *The Mane Choice Hair Solution LLC*