IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE TRADING COLLECTIVE, LLC, | : |
| | : 1:20-cv-00311 (MN) |
| Plaintiff, | : |
| | : **JURY TRIAL DEMAND** |
| v. | : |
| | : |
| THE MANE CHOICE HAIR SOLUTION LLC; | : |
| AUCTION BROTHERS, INC. DBA AMAZZIA; | : |
| NATURE GLOW; and LE CHIQUE BOUTIQUE, | : |
| | : |
| Defendants. | : |

### CUTE AS A BUTTON INC.'S AND NATURAL SELECTION INC.'S MOTION TO DISMISS PURSUANT TO RULE 12 AND MOTION TO STRIKE PURSUANT TO CALIFORNIA'S ANTI-SLAPP STATUTE

Defendants, Cute As A Button Inc. and Natural Selection Inc., incorrectly named as "Le Chique Boutique" and "Nature Glow" in the complaint (collectively, "Moving Defendants"), move the Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss the amended complaint for failure to state a claim and to strike pursuant to California's anti-SLAPP statute.  The grounds for these motions are set forth in the Moving Defendants' opening brief.

| | |
|---|---|
| | SMITH, KATZENSTEIN & JENKINS LLP |
| OF COUNSEL: | |
| Daniel J. Kessler |   /s/   *Robert K. Beste* |
| Joshua A. Waldman | Robert K. Beste, III (3931) |
| BURKHALTER KESSLER | Eve H. Ormerod (5369) |
|     CLEMENT & GEORGE LLP | 1000 West Street, Suite 1501 |
| 2020 Main Street, Suite 600 | Wilmington, Delaware 19801 |
| Irvine, California 92614 | (302) 652-8400 |
| (949) 975-7500 | rbeste@skjlaw.com |
| dkessler@bkclglaw.com | eormerod@skjlaw.com |
| jwaldman@bkcglaw.com | |
| | *Attorneys for defendants Cute As A Button* |
| October 30, 2020 | *Inc. and Natural Selection Inc.* |