IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE TRADING COLLECTIVE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>THE MANE CHOICE HAIR SOLUTIONS LLC; NATURE GLOW; and LE CHIQUE BOUTIQUE,<br><br>    Defendants. | C.A. No. 20-311-MN |

## DECLARATION OF WILLIAM FIKHMAN

STATE OF CALIFORNIA    )
                                    ) ss:
COUNTY OF LOS ANGELES )

I, William Fikhman, being duly sworn, deposes and says as follows:

    1.    I am Cute As A Button Inc.'s CEO, Secretary & CFO and I am authorized to, and do, submit this declaration on its behalf.

    2.    Cute As A Button Inc. is a Delaware corporation with its principle place of business in Los Angeles county, California.

    3.    Cute As A Button Inc. operates using the names "Le Chique Boutique."

    4.    I am Natural Selection Inc.'s CFO and I am authorized to, and do, submit this declaration on its behalf.

    5.    Natural Selection Inc. is a Delaware corporation with its principle place of business in Los Angeles county, California.

    6.    Natural Selection Inc. operates using the name "Nature Glow."

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief. Executed on October 30, 2020 in Los Angeles, CA.

William Fikhman         10-30-2020

**CALIFORNIA ACKNOWLEDGMENT**  CIVIL CODE § 1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of __LOS ANGELES__

On __10.30.2020__ before me, __GHAZI JAMSHED, NOTARY PUBLIC__,
   Date                                              Here Insert Name and Title of the Officer

personally appeared __WILLIAM FIKHMAN__
                                     Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
             Signature of Notary Public

[Notary Seal: GHAZI JAMSHED, Notary Public - California, Los Angeles County, Commission # 2219444, My Comm. Expires Oct 22, 2021]

Place Notary Seal and/or Stamp Above

――――――――― OPTIONAL ―――――――――

Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: __DECLARATION OF WILLIAM FIKHMAN__
Document Date: __10.30.2020__ Number of Pages: __TWO__
Signer(s) Other Than Named Above: __NO OTHER SIGNER__

**Capacity(ies) Claimed by Signer(s)**
Signer's Name: _____
☒ Corporate Officer – Title(s): __CEO/CFO__
☐ Partner – ☐ Limited ☐ General
☐ Individual       ☐ Attorney in Fact
☐ Trustee           ☐ Guardian or Conservator
☐ Other: _____
Signer is Representing: __CEO/CFO__

Signer's Name: _____
☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General
☐ Individual       ☐ Attorney in Fact
☐ Trustee           ☐ Guardian or Conservator
☐ Other: _____
Signer is Representing: _____

©2019 National Notary Association