## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE TRADING COLLECTIVE, LLC,<br><br>Plaintiff,<br><br>v.<br><br>THE MANE CHOICE HAIR SOLUTIONS LLC; AUCTION BROTHERS, INC. DBA AMAZZIA; NATURE GLOW; and LE CHIQUE BOUTIQUE,<br><br>Defendants. | C.A. No. 20-311-MN |

## DECLARATION OF MIKHAIL FIKHMAN

STATE OF CALIFORNIA          )
                             )  ss:
COUNTY OF LOS ANGELES        )

I, Mikhail Fikhman, being duly sworn, deposes and says as follows:

1. I am Chief Executive Officer of defendant, Auction Brothers, Inc., doing business as Amazzia ("Amazzia"). I am authorized to, and do, submit this declaration on behalf of Amazzia.

2. In my role as CEO of Amazzia, I am familiar with all business activities and records of Amazzia and have personal knowledge of its activities and dealings.

3. Amazzia is a California corporation with its principal place of business in Reseda, California.

4. Amazzia does not maintain any offices in Delaware.

5. Amazzia is not registered to do business in Delaware.

1

6. Amazzia has no employees or distributors in Delaware.

7. Amazzia does not own the Mane Choice trademark asserted in the alleged complaints made to Amazon.

8. Amazzia has made no complaints or reviews of any company from or into Delaware.

9. Amazzia does not maintain any interactive websites that are aimed or directed at residents of Delaware.

10. Amazzia does not advertise or market goods or services directly into Delaware

11. Amazzia did not negotiate any contract with co-Defendant The Mane Choice Hair Solutions LLC in Delaware.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed on December ___, 2020 in Los Angeles, California.

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

Mikhail Fikhman

State of California
County of Los Angeles
On Dec 17, 2020 before me, S. Farzam
Notary Public personally appeared Mikhail Fikhman
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.
I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature: S. Farzam

S. FARZAM
Notary Public - California
Los Angeles County
Commission # 2241815
My Comm. Expires Jun 5, 2022

2