IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

_____

THE TRADING COLLECTIVE, LLC

V.

THE MANE CHOICE HAIR SOLUTION LLC, ET AL.

Civil Action No. 1:20-CV-00311

_____

**DESIGNATION OF CIRCUIT JUDGE
TO HOLD A DISTRICT COURT WITHIN THE CIRCUIT**

_____

Pursuant to 28 U.S.C. § 291(b), and finding that it is in the public interest to do so, I hereby designate and assign the Honorable Stephanos Bibas of the Court of Appeals for such a period as is necessary for the disposition of the above-entitled matter.

s/ D. Brooks Smith
D. Brooks Smith, Chief Judge
United States Court of Appeals
For the Third Circuit

Dated: February 11, 2021