## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE TRADING COLLECTIVE, LLC,<br><br>                         Plaintiff,<br><br>   v.<br><br>THE MANE CHOICE HAIR SOLUTION LLC, et. al.,<br><br>                         Defendants. | Civil Action No. 1:20-cv-00311 (SB) |

### NOTICE OF DEPOSITION OF WILLIAM FIKHMAN

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiff The Trading Collective, LLC ("Plaintiff"), through its counsel, will take the deposition by oral examination of William Fikhman via remote videoconferencing means, commencing at 10:00 a.m. EDT on May 20, 2021 or at such other date, time and location as will be mutually agreed upon.

The deposition will be conducted before a notary or other officer authorized to administer oaths. The deposition will be recorded by audiovisual and/or stenographic means. You are invited to attend and cross-examine.

Dated: April 15, 2021

        */s/ Kenneth L. Dorsney*
Kenneth L. Dorsney (I.D. #3726)
Cortlan S. Hitch (I.D. #6720)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
kdorsney@morrisjames.com
chitch@morrisjames.com

Mark Berkowitz (admitted *pro hac vice*)
TARTER KRINSKY & DROGIN LLP
1350 Broadway
New York, NY 10018
Tel.:   (212) 216-8000
Fax:   (212) 216-8001
E-mail: mberkowitz@tarterkrinsky.com

***Attorneys for Plaintiff***
***The Trading Collective, LLC***